1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THE BANK OF NEW YORK MELLON,

11          Plaintiff,                    No. 2:12-cv-2405 KJM CKD PS

12       vs.

13   MAUREEN JOHNSON, et al.,

14          Defendants.              FINDINGS AND RECOMMENDATIONS

15   _____ /

16          This action was removed from state court.  Removal jurisdiction statutes are

17   strictly construed against removal.  See Libhart v. Santa Monica Dairy Co., 592 F.2d 1062, 1064

18   (9th Cir. 1979).  "Federal jurisdiction must be rejected if there is any doubt as to the right of

19   removal in the first instance."  Gaus v. Miles, 980 F.2d 564, 566 (9th Cir. 1992).  "The burden of

20   establishing federal jurisdiction falls on the party invoking removal."  Harris v. Provident Life

21   and Accident Ins. Co., 26 F.3d 930 (9th Cir.1994) (quoting Gould v. Mut. Life Ins. Co. of New

22   York, 790 F.2d 769, 771 (9th Cir.1986)).  Where it appears the district court lacks subject matter

23   jurisdiction, the case shall be remanded.  28 U.S.C. § 1447(c).

24          In conclusory fashion, the removal petition alleges the complaint is subject to

25   federal question jurisdiction.  Removal based on federal question jurisdiction is proper only when

26   a federal question is presented on the face of the plaintiff's properly pleaded complaint.

1  Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987).  However, the exhibits attached to the

2  removal petition establish the state court action is nothing more than a simple unlawful detainer

3  action, and the state court action is titled as such.  Defendants have failed to meet their burden of

4  establishing federal jurisdiction and the matter should therefore be remanded.  See generally

5  Singer v. State Farm Mutual Automobile Insurance Co., 116 F.3d 373, 375-376 (9th Cir. 1997).

6          Accordingly, IT IS HEREBY RECOMMENDED that the above-entitled action be

7  summarily remanded to the Superior Court of California, County of San Joaquin, Manteca

8  Division.

9          These findings and recommendations are submitted to the United States District

10  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

11  days after being served with these findings and recommendations, any party may file written

12  objections with the court and serve a copy on all parties.  Such a document should be captioned

13  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

14  shall be served and filed within seven days after service of the objections.  The parties are

15  advised that failure to file objections within the specified time may waive the right to appeal the

16  District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

17   Dated: September 24, 2012

18  _____
    CAROLYN K. DELANEY
19  UNITED STATES MAGISTRATE JUDGE

20

21  4 bankny-johnson.remud

22

23

24

25

26

2