IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE BANK OF NEW YORK MELLON,

    Plaintiff,                      No. CIV S-12-2405 KJM CKD PS

    vs.

MAUREEN JOHNSON, et al.,

    Defendants.                  <u>ORDER</u>

/

        Defendants, proceeding pro se, removed the above-entitled action from state court. The matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

        On September 24, 2012, the magistrate judge filed findings and recommendations, which were served on defendants and which contained notice to defendants that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have not filed objections to the findings and recommendations.

        The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed September 24, 2012, are adopted in
3 full; and
4    2.  The above-entitled action (state case no. 39-2012-00281847-CL-UD-MAN) is
5 summarily remanded to the Superior Court of California, County of Superior Court of California,
6 County of San Joaquin, Manteca Division.
7 DATED:  October 5, 2012.

_____
UNITED STATES DISTRICT JUDGE